UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
NOV 25 2024
Pro Se Office

Richard Bill Weathers JR

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Shawn Corey Carter

"JAY-Z"

_____
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Richard         B              Weathers JR
First Name      Middle Initial  Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

0579188
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Carteret Corectional Center
Current Place of Detention

1084 Orange St
Institutional Address

New Port            NC         28570
County, City        State      Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name: Shawn
Last Name: Carter
Shield #:

Current Job Title (or other identifying information):

Current Work Address: Rapper   Def Jam

County, City:   State:   Zip Code:

Defendant 2:

First Name:   Last Name:   Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:   State:   Zip Code:

Defendant 3:

First Name:   Last Name:   Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:   State:   Zip Code:

Defendant 4:

First Name:   Last Name:   Shield #:

Current Job Title (or other identifying information):

Current Work Address:

County, City:   State:   Zip Code:

## V. STATEMENT OF CLAIM

Place(s) of occurrence: <u>Where ever I "stand"</u>

Date(s) of occurrence: <u>everyday</u>

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On a day to day basis I am sexually abuse, verbal, my privacy is invaded, when go to restroom statements are made like why I'm wipeing my ass like that, when showering you gone jack your dick when I wake up why your dick hard, I can be talking to someone he holding his breath so his dick dont get hard. Can see my dreams I'm being hazed, molested, and in alot of ways I feel raped everyday hour after hour Stalked and it is all because of some type of device being used it very disrespectful I want him to go to jail forever

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I'm just not comfortable any more PTSD to the tenth power

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Not about no money I want justice

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| 11-19-24 | Richard Weathers |

| First Name | Middle Initial | Last Name |
|---|---|---|
| Richard | B | Weathers |

Prison Address: 1084 Orange ST

| County, City | State | Zip Code |
|---|---|---|
| New Port | NC | 28570 |

Date on which I am delivering this complaint to prison authorities for mailing: 11-19-24

I'm writing to you about bringing charges against Shawn Corey Carter (JAY-Z) for stalking, verbal abuse, sexual abuse hazing, torture, invading my privacy, opression Doing so by using a device to carry out these act, there has to be laws against doing so. It has been going on for sometime now. I'm willing to take poly graph test, or whatever. For example he put thoughts in my mind give me visions, can see my dreams know my thoughts before I speak time and time again I have ask to be left alone. Everything he say is sexual. I go to the rest room why you wipe your ass like that I wake up why your dick hard shower you going to jack you dick. This is everyday from the time I wake up until I go to sleep, even when I trying to get so rest oh you gone ignore me now. This is not about money I want him to go to jail. This has to be federal you guys are the kings of survilence.

I can being talking to someone oh he holding his breath so his dick don't get hard, looking at tv no matter what it is he want to fuck her, or some homo stuff about a man. I'm sure everyone want to know how him and Mr. Combs are such good friend they a perverts that how plan and simple "perverts" Mr. Carter has three kids and constantly all day every day he making these statement to me where is your family but whatever device is being used you don't have to say anything all you have to do is thinking it. how many more victims are out there, hell it could be you and you would never know fucked right Please get in contact with me

36

Think of living life without a Monment of privacy, being that he following around all my life, you have watch me everytime I've taken a bath, in shit, and even every woman I been with, now that he has the nerve to talk to me which never happen till I was 38 years old. Every movement, every thought has some foul gay shit to say about it.

So I ask the bitch ass nigga you got 3 kids so you going to watch your kids when they start to have sex?

Oh I would never do anything to hurt my children as if I'm not somebody child, oh you grown!! the nerve of this nigga.

Also he tell me, he has no remorse about what he has done, if I take him to court he pay everybody so he can stay out of jail. I dont want no money from him just want his to go too jail. Using mind controll technology on me. Always talking about this the fastest technology.

"Every woman I've ever been
with he has been watching"

everyday
24/7 →   a.

10-5-24

Mr. Tarnofsky this letter is to inform
you of what I have be going through
with Mr. Shawn Carey Carter AKA Jay-Z
I have been molested, had my privacy
invaded, tortured, he has been watching
me my entire life but wasn't aware
of it until I was 38 has me
connected to some device, my guess is
that it is Mind control technology put
thought in my mind, see my dreams
hell he follow me to the rest room
and made it be known. Now that Mr.
Combs case is wide open maybe some-
one could help me. I want to press
charges for hate crime and whatever
else I can get I don't want any
money want him brought to justice.
I will take a poly graph test
I take them everyday if need
be. I need some help please Mr.
Tarnofsky do what you can for me.

There is alot more I have to say
but I rather talk to someone in
person FBI would be great

Everytime I take a shower he say you going jack your dick, Go to the restroom why you wipe your ass like that, when I wake up why your dick hard. I can be talking to somebody a male oh you holding your dick to your dick to get hard his ass need to be in jail. Make him take a poley graph Has to be given by someone that want take a bribe It has to be laws to even have a device like this imagin how many other are out there. I wrote Tony Buzzbee as well thank you for your time.

Case 1:24-cv-09105-LTS    Document 1    Filed 11/25/24    Page 12 of 12

R:
1084 Orange St
New Port NC 28570



USM 4P
SDNY

RECEIVED
NOV 25
PRO SE OFFICE

Pro Se Intake
500 Pearl Street NY NY 10007
Pro Se Intake Unit 212-805-0136

MAILED FROM
CARTERET CORRECTIONAL CNTR #4110