UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD BILL WEATHERS JR.,

                    Plaintiff,

        -against-

SHAWN COREY CARTER, ALSO KNOWN
AS "JAY-Z",

                    Defendant.

24cv9105 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 6, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

Dated:    January 8, 2026
          New York, New York

                             /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                       Chief United States District Judge